SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
SAM BENFORD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD,<br><br>            Plaintiff,<br><br>      vs.<br><br>BIBI TRADING INC; and DOES 1 to 10,<br><br>            Defendants. | Case No.: 2:23-cv-09480 JAK (MAAx)<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: February 26, 2024<br>Time: 8:30 a.m.<br>Courtroom: 10B<br><br>Honorable Judge John A. Kronstadt |

To Defendant BIBI TRADING INC and the attorneys of record, if any: Please take notice that on February 26, 2024, at 8:30 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff SAM BENFORD will present Plaintiff's motion for default judgment against Defendant BIBI TRADING INC. The Clerk has previously entered the default on said Defendant on December 27, 2023 (Dkt. #16).

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant BIBI TRADING INC is not a minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of

1940; (2) Defendant BIBI TRADING INC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $3,042.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant is readily accessible to and usable by individuals with disabilities at the property located at or about 3525 W. 3rd St. #1, Los Angeles, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant BIBI TRADING INC on February 12, 2024 by first class United States Mail, postage prepaid.

Dated: February 12, 2024                              **SO. CAL. EQUAL ACCESS GROUP**

                                                By:     _/s/ Jason J. Kim_____
                                                         Jason J. Kim, Esq.
                                                         Attorneys for Plaintiff